ALFRED R. TOOKER et al., complainants,

v.

ROSE MAPLE et al., defendants.

[Decided October 14th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, and reported in 92 N. J. Eq. 340.

Appeal of Walter J. Vreeland et al.

*Messrs. Collins & Corbin,* for the complainants.

*Messrs. Coult & Woodruff, Mr. Carl Saenger* and *Mr. William A. Lord,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—TRENCHARD, PARKER, BERGEN, MINTURN, BLACK, KATZENBACH, HEPPENHEIMER, GARDNER—8.

*For reversal*—THE CHIEF-JUSTICE, SWAYZE, KALISCH, WILLIAMS, VAN BUSKIRK—5.